# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MICHAEL VASKO,<br><br>  Petitioner,<br><br>  v.<br><br>AMADOR COUNTY JAIL (SHERIFF),<br><br>  Respondent. | Case No. 1:24-cv-00152-EPG-HC<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner, who is currently housed at the Amador County Jail and proceeding *pro se*, has filed a habeas corpus petition, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Petitioner challenges his detention and prosecution in Amador County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. This Court has not ruled on Petitioner's request to proceed in forma pauperis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. This action is TRANSFERRED to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **February 7, 2024**            /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2